IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARBOR ASSOCIATES LIMITED PARTNERSHIP, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 20-1706-CFC ) |
| STIMGUARD, LLC, et al., | ) ) ) |
| Defendants. | ) |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against Defendants Stimguard, LLC and Micron Medical Corporation pursuant to Federal Rule of Civil Procedure 55(a) as Defendants have failed to respond to Plaintiffs' complaint. (See D.I. 6 and D.I. 7)

Dated: April 15, 2021

_____
(By) Deputy Clerk