# UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

HARBOR ASSOCIATES LIMITED  
PARTNERSHIP, ET AL.  :

:  Case No.: 20-cv-1706-CFC

   Plaintiffs,  :  JURY TRIAL DEMANDED

:

v.  :

:

STIMGUARD, LLC, ET AL.  :

:

   Defendants.  :

## ORDER

AND NOW this __15th__ day of __September__, 2021, upon consideration of Plaintiffs' Motion for Judgment, and any response thereto, it is hereby ORDERED and DECREED that judgment is entered in favor of Plaintiffs and against Defendants Micron Medical Corporation and StimGuard, LLC, individually, jointly, and severally.

**AND IT IS SO ORDERED.**

_____  
Honorable Colm F. Connolly