UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARBOR ASSOCIATES LIMITED PARTNERSHIP, ET AL. | : | Case No.: 20-cv-1706-CFC |
| | : | |
| Plaintiffs, | : | JURY TRIAL DEMANDED |
| | : | |
| v. | : | |
| | : | |
| STIMGUARD, LLC, ET AL. | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW this ___17TH___ day of __September__, 2021, upon consideration of Plaintiffs' Motion for Judgment, and any response thereto, it is hereby ORDERED and DECREED that judgment is entered in favor of Plaintiffs and against Defendants Micron Medical Corporation and StimGuard, LLC, individually, jointly, and severally, in the amount of $603,061.96.

**AND IT IS SO ORDERED.**

_____
Honorable Colm F. Connolly