IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARBOR ASSOCIATES LIMITED PARTNERSHIP, DR. KRISHNA P. SINGH, KAPEX I, LLC and MULTI-DECADES TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>MICRON DEVICES, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 20-1706-CFC<br>)<br>)<br>)<br>) |

**ORDER**

To ensure that the Court has subject matter jurisdiction over this matter, Plaintiffs Harbor Associates Limited Partnership, Krishna P. Singh d/b/a Harbor Associates Limited Partnership, Multi-Decades Trust d/b/a Harbor Associates Limited Partnership, and Kapex I, LLC shall within one week identify the name and citizenship of every member of Harbor Associates Limited Partnership, Kapex I, LLC, and Micron Devices, LLC. If any of Harbor Associates Limited Partnership, Kapex I, LLC, and Micron Devices, LLC's members are non-corporate entities, Plaintiffs shall also identity the name and citizenship of every member of those entities, proceeding up the chain of ownership until Plaintiffs have identified the name and citizenship of every individual and corporation with a

direct or indirect interest in Harbor Associates Limited Partnership, Kapex I, LLC, and Micron Devices, LLC.

2.10.22
Date

_____
Chief Judge