UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| HARBOR ASSOCIATES LIMITED PARTNERSHIP, ET AL. | : | |
|---|---|---|
| | : | Case No.: 20-cv-1706-CFC |
| Plaintiffs, | : | |
| | : | JURY TRIAL DEMANDED |
| v. | : | |
| | : | |
| STIMGUARD, LLC, ET AL. | : | |
| | : | |
| Defendants. | : | |

**PLAINTIFFS' RESPONSE TO THIS HONORABLE COURT'S JURISDICTIONAL CONCERNS WITH REQUEST FOR ENLARGEMENT OF TIME AS TO DEFENDANT, MICRON DEVICES, LLC**

| Entity | Entity Jurisdiction | Owner #1 (Owner Residency) | Owner #2 (Owner Residency) | Owner #3 (Owner Residency) | Notes |
|---|---|---|---|---|---|
| Harbor Associates Limited Partnership | Florida | Multi-Decades Trust = 97.814% (FL) | KAPEX I, L.L.C. – 0.4099% (FL) **\*General Partner\*** | Dr. Krishna P. Singh – 1.7761% (FL) | |
| KAPEX I, L.L.C. | Florida | Dr. Krishna P. Singh - 50% (FL) | Martha J. Singh – 50% (FL) | | |
| Multi-Decades Trust (Irrevocable Trust) | Florida | S. Amy Singh (Beneficiary) | | | Dr. Krishna P. Singh is the sole trustee Martha Singh is the grantor of the trust Governing Jurisdiction: Florida |

Plaintiff respectfully requests an additional fourteen (14) days to investigate who may be members of Micron Devices, LLC (if possible to confirm).

          **WEISBERG LAW**
          /s/ David A. Berlin
          David A. Berlin, Esq.
          PA Attorney ID No. 314400
          Matthew B. Weisberg, Esq.
          PA Attorney ID No. 85570
          7 South Morton Ave
          Morton, PA 19070
          610-690-0801
          Fax: 610-690-0880
          Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| HARBOR ASSOCIATES LIMITED PARTNERSHIP, ET AL. | : Case No.: 20-cv-1706-CFC |
| Plaintiffs, | : JURY TRIAL DEMANDED |
| v. | : |
| STIMGUARD, LLC, ET AL. | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, David A. Berlin, Esquire, hereby certify that on this 17th day of February 2022, a true and correct copy of the foregoing Response to the Court's Jurisdictional Concerns was served via regular mail and certified mail (and ECF) upon the following parties:

Micron Medical Corporation
108 West 13th Street
Wilmington, DE 19801

Micron Devices, LLC
108 West 13th Street
Wilmington, DE 19801

StimGuard, LLC
108 West 13th Street
Wilmington, DE 19801

                                                                          **WEISBERG LAW**
                                                                          /s/ David A. Berlin
                                                                          David A. Berlin, Esq.
                                                                          PA Attorney ID No. 314400
                                                                          Matthew B. Weisberg, Esq.
                                                                          PA Attorney ID No. 85570
                                                                          7 South Morton Ave
                                                                          Morton, PA 19070
                                                                          610-690-0801
                                                                          Fax: 610-690-0880
                                                                          Attorneys for Plaintiffs