# UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| HARBOR ASSOCIATES LIMITED PARTNERSHIP, ET AL. : | Case No.: 20-cv-1706-CFC |
| : | |
| Plaintiffs, : | JURY TRIAL DEMANDED |
| : | |
| v. : | |
| : | |
| STIMGUARD, LLC, ET AL. : | |
| : | |
| Defendants. : | |

## PLAINTIFFS' SECOND RESPONSE TO THIS HONORABLE COURT'S JURISDICTIONAL CONCERNS AS TO DEFENDANT, MICRON DEVICES, LLC

Plaintiffs are unable to verify the members of Defendant, Micron Devices, LLC. A search of Micron Devices, LLC, on the Delaware corporation search website does not identify the members. (Exh. 1). Micron Devices, LLC, was registered in Florida in the past, however, it is listed as "INACTIVE" and "Last Event LC VOLUNTARY DISSOLUTION" on the Florida corporation search website. (Exh. 2).

Upon information and belief, Laura Perryman is a member of Micron Devices, LLC. Plaintiffs' belief is based on the Promissory Note that forms the basis of this case, which was signed by Ms. Perryman in her capacity as "Managing Member" of "Micron Devices, LLC, a Delaware limited liability company". (Exh. 3 (Exh. A to Plaintiff's complaint – Promissory Note)).

Upon information and belief, Ms. Perryman is a citizen of Florida. Ms. Perryman submitted an affidavit in court filings in another matter, wherein she stated she is a citizen of Florida. (Exh. 4). Ms. Perryman also stated in that affidavit that Micron Devices, LLC, is a Delaware limited liability company. Id.

The only addresses Plaintiffs have found for Ms. Perryman are in Florida. When Plaintiffs attempted to serve Ms. Perryman in Florida for other matters, Plaintiffs were unable to find or personally serve Ms. Perryman in Florida. Plaintiffs do not know where Ms. Perryman is currently located.

**WEISBERG LAW**
/s/ David A. Berlin
David A. Berlin, Esq.
PA Attorney ID No. 314400
Matthew B. Weisberg, Esq.
PA Attorney ID No. 85570
7 South Morton Ave
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR DISTRICT OF DELAWARE

| | |
|---|---|
| HARBOR ASSOCIATES LIMITED PARTNERSHIP, ET AL. : | Case No.: 20-cv-1706-CFC |
| Plaintiffs, : | JURY TRIAL DEMANDED |
| v. : | |
| STIMGUARD, LLC, ET AL. : | |
| Defendants. : | |

## **CERTIFICATE OF SERVICE**

I, David A. Berlin, Esquire, hereby certify that on this 3rd day of March 2022, a true and correct copy of the foregoing Second Response to the Court's Jurisdictional Concerns was served via regular mail and certified mail (and ECF) upon the following parties:

Micron Medical Corporation
108 West 13th Street
Wilmington, DE 19801

Micron Devices, LLC
108 West 13th Street
Wilmington, DE 19801

StimGuard, LLC
108 West 13th Street
Wilmington, DE 19801

                                                    WEISBERG LAW
                                                    /s/ David A. Berlin
                                                    David A. Berlin, Esq.
                                                    PA Attorney ID No. 314400
                                                    Matthew B. Weisberg, Esq.
                                                      PA Attorney ID No. 85570
                                                    7 South Morton Ave
                                                     Morton, PA 19070
                                                     610-690-0801
                                                     Fax: 610-690-0880
                                                     Attorneys for Plaintiffs