IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HARBOR ASSOCIATES LIMITED PARTNERSHIP, DR. KRISHNA P. SINGH, KAPEX I, LLC, and MULTI-DECADES TRUST,<br><br>            Plaintiffs,<br><br>   v.<br><br>MICRON DEVICES, LLC,<br><br>            Defendant. | Civil Action No. 20-1706-CFC |

## ORDER

At Wilmington on this Fifth day of April in 2022:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that this case is **DISMISSED**.

_____
UNITED STATES DISTRICT JUDGE