## UNITED STATES DISTRICT COURT
## FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARBOR ASSOCIATES LIMITED PARTNERSHIP, ET AL. | : | Case No.: 20-cv-1706-CFC |
| Plaintiffs, | : | JURY TRIAL DEMANDED |
| v. | : | |
| STIMGUARD, LLC, ET AL. | : | |
| Defendants. | : | |

### PLAINTIFFS' MOTION TO ALTER OR AMEND JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e) AND 60(b)(1) AND (6)

Fed. R. Civ. P. 59(e) and 60(b)(1) and (6), allow a litigant to file a motion to alter or amend a judgment and request that a district court reconsider a judgment. Here, this Honorable Court *sua sponte* declined jurisdiction based upon Micron Devices, LLC member Laura Perryman's past representations that she is a citizen of Florida. Plaintiffs respectfully submit that reliance upon Ms. Perryman's testimony is unwarranted given her documented history of deceit. This Court previously stated at oral argument that Ms. Perryman was a perjurer and found Ms. Perryman's testimony to be "patently false." Nevro Corp. v. Stimwave Techs., Inc., 2019 WL 3322368, at 7 (D. Del. July 24, 2019). While Plaintiffs understand the Court must examine subject matter jurisdiction, Plaintiffs respectfully request discovery regarding jurisdiction given Ms. Perryman's past practice of lying.

In addition, or in the alternative, Plaintiffs seek clarification regarding the Court's prior Order entering default judgment against Co-Defendants, StimGuard, LLC, and Micron Medical Corporation, and preservation of that judgment as valid and enforceable, with a view towards execution.

**WEISBERG LAW**
/s/ David A. Berlin
David A. Berlin, Esq.
PA Attorney ID No. 314400
Matthew B. Weisberg, Esq.
PA Attorney ID No. 85570
7 South Morton Ave
Morton, PA 19070
610-690-0801
Fax: 610-690-0880
Attorneys for Plaintiffs